IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORA GOMEZ | § | |
| | § | CIVIL ACTION NO. 1:24-cv-00006 |
| v. | § | |
| | § | |
| WAL-MART, INC. | § | JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. §§ 1332 and 1441(DIVERSITY)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WALMART INC. Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 138th Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court in support as follows:

1. This cause was commenced in the 138th Judicial District Court of Cameron County, Texas, on December 6, 2023, when Plaintiff's Original Petition was filed in Cause No. 2023-DCL-05850, wherein Plaintiff named WALMART INC., as the sole Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. Defendant WALMART INC. (hereinafter "Defendant") was served with a copy of Plaintiff's Original Petition on December 21, 2023. A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff filed this civil action against Defendant asserting premises liability and negligence claims allegedly arising from slip-and-fall incident which is claimed to have occurred on February 28, 2023, while Plaintiff was a patron at Defendant's premises located at 3500 W. Alton Gloor Blvd., Brownsville, Cameron County, Texas 78520. Pl.'s Orig. Pet.

4. Defendant filed a responsive pleading in State Court on January 11, 2024, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in Cameron County in the State of Texas. Pl.'s Orig. Pet. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendant is not a citizen of the State of Texas. WALMART INC. is a citizen of the States of Delaware and Arkansas.

7. WALMART INC. was at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

8. WALMART INC. has one member, Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust was, at the time of the filing of Plaintiff's Original Petition and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas. The sole shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

9. Wal-Mart Property Co. is not a citizen of the State of Texas. Wal-Mart Property Co. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

10. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

11. Plaintiff claims in his Original Petition that he is requesting "monetary relief of

over $1,000,000.00 but not more than $5,000,000.00." Pl.'s Orig. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

12. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

13. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

14. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

15. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 138th Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER L.L.P.

By: /s/Jaime A. Saenz
 Jaime A. Saenz
 Texas Bar No. 17514859
 Southern District Admissions No. 7630
 Email: ja.saenz@rcclaw.com
 Jacob T. Casso
 Texas Bar No. 24116178
 Southern District Admissions No. 3509760
 Email: jt.casso@rcclaw.com
 1201 East Van Buren Street
 Brownsville, TX 78520
 (956) 542-7441
 (956) 541-2170 (Fax)

ATTORNEYS FOR DEFENDANT WALMART INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record on this the 18th day of January 2024. Notice of this filing will be sent electronically to all known counsel of record.

 /s/Jaime A. Saenz
 JAIME A. SAENZ